UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Hon. Stanley R. Chesler

    v.

WALEAK CHANDLER,
  a/k/a "Reckless" and            :       Criminal No. 07-631

STANLEY FOOTE,                  :       ORDER FOR CONTINUANCE
  a/k/a "Murder"

    This matter having come before the Court on the application of defendant WALEAK CHANDLER, a/k/a "Reckless," (by John D. Caruso, Esq.) in the presence of Christopher J. Christie, United States Attorney for the District of New Jersey (by Melissa L. Jampol and Michael H. Robertson, Assistant U.S. Attorneys), and defendant STANLEY FOOTE, a/k/a "Murder" (by James P. Kimball, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1

i. Both Defendants have consented to the aforementioned continuance; and

ii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___12___ day of June, 2008,

ORDERED that motions are returnable on July 1, 2008 at 10:00 a.m., and the trial is scheduled for July 8, 2008 at 10:00 a.m.

IT IS FURTHER ORDERED that the period from June 5, 2008 through the continued trial date shall be excusable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

John D. Caruso, Esq.
Attorney for Waleak Chandler, a/k/a "Reckless"

James P. Kimball
Attorney for Stanley Foote, a/k/a "Murder"

2

TOTAL P.03