```
                                    UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : |  |
| WALEAK CHANDLER,<br>    a/k/a "Reckless" and | : | Criminal No. 07-631 |
| STANLEY FOOTE,<br>    a/k/a "Murder" | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Melissa L. Jampol and Michael H. Robertson, Assistant U.S. Attorneys), in the presence of defendant WALEAK CHANDLER, a/k/a "Reckless,"(by John D. Caruso, Esq.) and defendant STANLEY FOOTE, a/k/a "Murder" (by James P. Kimball, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1

i. Both Defendants have consented to the aforementioned continuance; and

ii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 21 day of July, 2008,

IT IS ORDERED that the trial is scheduled for September 16, 2008 at 10:00 a.m.; and

IT IS FURTHER ORDERED that the period from July 1, 2008 through the continued trial date shall be excusable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

John D. Caruso, Esq.
Attorney for Waleak Chandler, a/k/a "Reckless"

James P. Kimball
Attorney for Stanley Foote, a/k/a "Murder"

2

i. Both Defendants have consented to the aforementioned continuance; and

ii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of July, 2008,

IT IS ORDERED that the trial is scheduled for September 16, 2008 at 10:00 a.m.; and

IT IS FURTHER ORDERED that the period from July 1, 2008 through the continued trial date shall be excusable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. STANLEY R. CHESLER
United States District Judge

_____
John D. Caruso, Esq.
Attorney for Waleak Chandler, a/k/a "Reckless"

_____
James P. Kimball
Attorney for Stanley Foote, a/k/a "Murder"

2