GARCES & GRABLER, P.C.
20 GREEN STREET
NEWARK, NJ 07102
(973) 848-0500

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff, | Docket No.: 07-631 (SRC) |
|  |  |
| v. | **CRIMINAL ACTION** |
|  |  |
| WALLEAK CHANDLER et. al, |  |
|  | ***ORDER*** |
|  |  |
| Defendant. |  |

IT IS ON THIS 23rd DAY OF July, 2008,

HEREBY ORDERED that JOHN D. CARUSO, ESQ. appear in the U.S. District Court for the District of Nee Jersey before Judge Stanley R. Chesler, on September 15, 2008 at which time the trial will commence in the above-captioned matter.

_____
Judge Stanley R. Chesler