UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, :
        PLAINTIFF,
                       :
vs.                         :       Criminal No.: 07-631(SRC )

STANLEY FOOTE,        :
        DEFENDANT.        **AMENDED**ORDER COMMITTING
                                    DEFENDANT STANLEY FOOTE FOR
-------------------------------------    A COMPETENCY EXAMINATION

**THIS MATTER** having been opened to the Court on the motion of counsel to Stanley Foote, and the Court having found, pursuant to 18 U.S.C. §4241(a), that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist in his defense;

**IT IS** on this 23rd day of JANUARY, 2009;

**ORDERED**, pursuant to 18 U.S.C. §4247(b), that Mr. Foote is hereby committed to the custody of the Essex County Jail for a psychiatric or psychological examination to be conducted at that facility by Dr. Steven Simring; it is further

**ORDERED** that Essex County Jail permit Dr. Steven Simring access to the defendant today, Friday, January 23, 2009, in order to conduct such evaluation

**ORDERED** that a psychiatric or psychological report shall be prepared and provided to the Court and the parties as set forth in 18 U.S.C. §4247(c).

                                                            s/ Stanley R. Chesler, U. S. D. J.
                                                            **HONORABLE STANLEY R. CHESLER**
                                                            **UNTIED STATES DISTRICT JUDGE**