UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Honorable Stanley R. Chesler |
| v. : | |
| : | Criminal No. 07-631 (SRC) |
| STANLEY FOOTE : | |

ORDER

Upon joint application of the United States by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, Melissa L. Jampol, Assistant United States Attorney, appearing, and defendant STANLEY FOOTE through his counsel, Michael Pedicini, Esq., for an order permitting agents of the Federal Bureau of Intelligence ("F.B.I."), to assume temporary custody of defendant STANLEY FOOTE at the Essex County Jail, to produce him at the courtroom of Judge Chesler, U.S. Post Office and Court House, Federal Square, Newark, New Jersey ("courtroom of Judge Chesler:) on February 11, 2009 for a court session, and for good cause shown;

IT IS on this 11th day of February, 2009,

ORDERED that agents of the F.B.I. be given temporary custody of defendant STANLEY FOOTE for the purpose of transportation from the Essex County Jail, to produce him at the courtroom of Judge Chesler, on February 11, 2009 for a court session; and

IT IS FURTHER ORDERED that agents of the F.B.I. return defendant STANLEY FOOTE to the Essex County Jail, at the

conclusion of the court proceedings.

STANLEY R. CHESLER
United States District Judge

KTS:Forms\Orders
Pull Order template

2